UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In Re:                                                     Chapter 7

Frank Zarrello,                           Case No. 819-71403-845

                Debtor.

------------------------------------------------------------X

                 Application in Support of Order Authorizing Retention of
                 <u>Weinberg, Gross & Pergament LLP as Attorneys for Trustee</u>

TO:     The Honorable Louis A. Scarcella,
          United States Bankruptcy Judge

        The Application of Marc A. Pergament, Trustee of the Debtor herein, respectfully represents as follows:

        1.       On or about February 26, 2019, the Debtor filed a petition under Chapter 7 of the Bankruptcy Code. Marc A. Pergament was appointed Interim Trustee, duly qualified and has acted in said capacity.

        2.       Pursuant to Section 327 of the Bankruptcy Code and Local Rule 18, the Trustee has selected and, subject to this Court's approval, authorized the employment of the firm of Weinberg, Gross & Pergament LLP ("Weinberg, Gross") as his counsel to represent him and assist him in connection with this Chapter 7 case.

        3.       The Trustee has selected said attorneys because they have had experience in Chapter 7 cases, and the Trustee believes that said firm of attorneys is well qualified to represent him in this case.

        4.       The professional services which said attorneys are to render are the general representation of the Trustee in this case under Title 11, United States Code, and the performance of

such legal services for him which may be necessary herein, including the sale of the Estate's right, title and interest in the Debtor's real property.

5. The Trustee will require the services of at least one attorney to perform such legal services which may be necessary herein.

6. To the best of the Trustee's knowledge, information and belief, Weinberg, Gross has no connection with the Debtor, his creditors or any other party in interest or his respective attorneys or accountants.

7. To the best of the Trustee's knowledge, information and belief, Weinberg, Gross does not hold or represent any interest adverse to the Debtor or his Estate and is a disinterested person under Section 101 of the Bankruptcy Code.

8. The Trustee desires to retain Weinberg, Gross under a general retainer because of the extensive legal services that will be required.

9. The employment of said attorneys would be in the best interest of this Estate.

10. No previous application for the relief requested herein has been made in this or any other court.

WHEREFORE, the Trustee respectfully requests that it be authorized to employ and retain the firm of Weinberg, Gross & Pergament LLP, under a general retainer, to represent him in this case under Chapter 7 of the Bankruptcy Code, and that he have such other and further relief as this Court may deem just.

Dated: Garden City, New York
       April 16, 2019

_____
Marc A. Pergament, Trustee